IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS J. JACOBS, III,

                              ORDER

              Plaintiff,

                        21-cv-456-bbc

      v.

LEMOUNT JACOBSON, ATTY,.
THOMAS KNOTHE, FEMALE ATTY,
JANE/JOHN DOE,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Chris J. Jacobs, III, is a prisoner at the Dodge Correctional Institution in Waupun, Wisconsin.  He has filed a paper entitled "1983 Civil Rights Action," which is a lengthy list of documents that he wishes to have produced to him.

Plaintiff's request to have these documents will be denied because he has challenged his sentence in this court on at least prior five occasions and is barred from filing any more petitions for habeas corpus under 28 U.S.C. § 2254.  See cases nos. 16-cv-619-bbc, 15-cv-034-bbc, 1–cv-805-bbc and 09-32-bbc.  In each of the previous cases, petitioner's challenge to his conviction and sentence was denied because his petition for habeas corpus had been dismissed with prejudice as untimely in Jacobs v. Schneiter, Op. & Order, 06-cv-74-jcs (W.D. Wis. Aug. 29, 2006).  As plaintiff Jacobs has been reminded on other occasions, he may not file a second or successive petition in the district court unless he first obtains an

1

order from the court of appeals authorizing the district court to consider the application.

Although in this instance, plaintiff is not filing a petition but asking for information, such as statements from the trial  prosecutor concerning a note that was passed to the jury at his 1998 trial, his request will be denied.  He has had an opportunity to challenge his sentence and conviction and he has not shown that he has any legal basis on which to raise another such challenge.  Therefore, his request for documents will not be granted.

ORDER

IT IS ORDERED that plaintiff Chris Jacobs, III's motion for certain documents he wants produced to him is DENIED.  The clerk of court is directed to enter judgment and close this case.

Entered this 10th day of September, 2021.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge