IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

    Plaintiff,

    v.

Case No.  21-cv-456-bbc

LEMOUNT JACOBSON, ATTY. THOMAS KNOTHE, FEMALE ATTY., and JANE/JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

9/10/2021
Date